Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−23878−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony V Capuano
   aka Anthony V. Capuano Sr.
   1306 Harris Avenue
   Union Beach, NJ 07735

Social Security No.:
   xxx−xx−7881

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 9, 2021.

Dated: March 9, 2021
JAN: rms

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony V Capuano  
Debtor

Case No. 20-23878-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 09, 2021     Form ID: plncf13     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony V Capuano, 1306 Harris Avenue, Union Beach, NJ 07735-3512 |
| 519055302 | + | Barclays, PO Box 8801, Wilmington, DE 19899-8801 |
| 519066748 | + | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519055304 | + | Chrysler Capital, Att: Bankruptcy Unit, PO Box 961278, Fort Worth, TX 76161-0278 |
| 519055305 | + | Metro Public Adjusters, Inc., 3569 Bristol Pike, Bensalem, PA 19020-4664 |
| 519055307 | + | NJ Housing & Mortgage Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 519055306 | | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519055310 | + | University Medical Group, PO Box 2631, New Brunswick, NJ 08903-2631 |
| 519055313 | + | Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2021 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2021 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519055303 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 21:03:35 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519128741 | | Email/Text: jennifer.chacon@spservicing.com | Mar 09 2021 21:07:00 | Legacy Mortgage Asset Trust 2018-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519055308 | | Email/Text: jennifer.chacon@spservicing.com | Mar 09 2021 21:07:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519120214 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519055696 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519055309 | | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:20 | Toys R Us/Synchrony Bank, PO Box 965013, Orlando, FL 32896-5046 |
| 519117386 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 09 2021 22:18:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519055311 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 09 2021 21:06:00 | Wakefield & Associates, Inc., PO Box 50250, Knoxville, TN 37950-0250 |
| 519055312 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:20 | Walmart, GE Money Bank, Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-GS3 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Anthony V Capuano wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 4