Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−23878−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony V Capuano
   aka Anthony V. Capuano Sr.
   1306 Harris Avenue
   Union Beach, NJ 07735

Social Security No.:
   xxx−xx−7881

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/3/24 at 12:00 PM

to consider and act upon the following:

*31* − Supplemental Application for Compensation for Warren Brumel, Debtor's Attorney, period: 11/13/2023 to 12/5/2023, fee: $560.00, expenses: $0. Filed by Warren Brumel. Objection deadline is 12/14/2023. (Attachments: # 1 Application # 2 Proposed Order # 3 Certificate of Service) (Brumel, Warren)

Dated: 12/8/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court