| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Anthony V Capuano<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7881<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–23878–CMG | |

# Order of Discharge                                                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Anthony V Capuano
> aka Anthony V. Capuano Sr.

<u>12/7/23</u>                                                               **By the court:** <u>Christine M. Gravelle</u>
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-23878-CMG
Anthony V Capuano  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Dec 07, 2023　　　　　　　　　　　　　　Form ID: 3180W　　　　　　　　　　　　　　Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony V Capuano, 1306 Harris Avenue, Union Beach, NJ 07735-3512 |
| 519055305 | + | Metro Public Adjusters, Inc., 3569 Bristol Pike, Bensalem, PA 19020-4664 |
| 519055307 | + | NJ Housing & Mortgage Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 519055310 | + | University Medical Group, PO Box 2631, New Brunswick, NJ 08903-2631 |
| 519055313 | + | Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519055302 | + | EDI: TSYS2 | Dec 08 2023 01:35:00 | Barclays, PO Box 8801, Wilmington, DE 19899-8801 |
| 519066748 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2023 20:45:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519055303 | | EDI: CAPITALONE.COM | Dec 08 2023 01:35:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519055304 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2023 20:45:00 | Chrysler Capital, Att: Bankruptcy Unit, PO Box 961278, Fort Worth, TX 76161-0278 |
| 519128741 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2023 20:45:00 | Legacy Mortgage Asset Trust 2018-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519055306 | | Email/Text: bankruptcydepartment@tsico.com | Dec 07 2023 20:45:00 | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519055308 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2023 20:45:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519055696 | + | EDI: AIS.COM | Dec 08 2023 01:35:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519055309 | | EDI: SYNC | Dec 08 2023 01:35:00 | Toys R Us/Synchrony Bank, PO Box 965013, Orlando, FL 32896-5046 |
| 519117386 | + | EDI: AIS.COM | Dec 08 2023 01:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519055311 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 07 2023 20:43:00 | Wakefield & Associates, Inc., PO Box 50250, Knoxville, TN 37950-0250 |
| 519055312 | + | EDI: SYNC | Dec 08 2023 01:35:00 | Walmart, GE Money Bank, Bankruptcy Dept., PO |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: 3180W | Total Noticed: 19 |

Box 103104, Roswell, GA 30076-9104

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519120214 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2023                            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-GS3 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Anthony V Capuano wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 5